Steven W. Berenter, ISB No. 2682
D. John Ashby, ISB No. 7228
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208.954.5204
Email: sberenter@hawleytroxell.com

Attorneys for Defendants Beehive Federal Credit Union; Advantage Plus Federal Credit Union; Capital Educators Federal Credit Union; Connections Credit Union; Cornerstone Credit Union; Idaho State Federal Credit Union; Lewis Clark Credit Union; Idaho Credit Union League, Inc.; League Services, Inc.; Shane Berger; Brent Neibaur; Todd Erickson; Patrick Vaughn; Paula Reedy; Robert Taylor; Valerie Guenther; Dr. Larry Neznanski; Dennis Luvaas; Jane Kinn Buser; And Barbara Olic-Hamilton

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS JOHNSON,<br><br>     Plaintiff,<br><br>vs.<br><br>BEEHIVE FEDERAL CREDIT UNION; ADVANTAGE PLUS FEDERAL CREDIT UNION; CAPITAL EDUCATORS FEDERAL CREDIT UNION; CONNECTIONS CREDIT UNION; CORNERSTONE CREDIT UNION; IDAHO STATE FEDERAL CREDIT UNION; LEWIS CLARK CREDIT UNION; IDAHO CREDIT UNION LEAGUE, INC.; LEAGUE SERVICES, INC.; SHANE BERGER; BRENT NEIBAUR; TODD ERICKSON; PATRICK VAUGHN; PAULA REEDY; ROBERT TAYLOR; VALERIE GUENTHER; DR. JANE CLARK; DR. LARRY NEZNANSKI; DENNIS LUVAAS; | Case No. 4:15-CV-00238-BLW<br><br>STIPULATION TO DISMISS |

STIPULATION TO DISMISS - 1

JANE KINN BUSER; AND BARBARA OLIC-HAMILTON,

    Defendants.

The above named-parties hereby stipulate to dismissal of Plaintiff Chris Johnson's Complaint, with prejudice, each party to bear its own costs and attorney fees.

DATED this 11th day of April, 2016.

                                            CHRIS JOHNSON, Plaintiff, Pro Se

DATED THIS 15 day of April, 2016.

                                        HAWLEY TROXELL ENNIS & HAWLEY LLP

                                        By _____
                                        Steven W. Berenter, ISB No. 2682
                                        D. John Ashby, ISB No. 7228
                                        Attorneys for Defendants Beehive Federal Credit Union; Advantage Plus Federal Credit Union; Capital Educators Federal Credit Union; Connections Credit Union; Cornerstone Credit Union; Idaho State Federal Credit Union; Lewis Clark Credit Union; Idaho Credit Union League, Inc.; League Services, Inc.; Shane Berger; Brent Neibaur; Todd Erickson; Patrick Vaughn; Paula Reedy; Robert Taylor; Valerie Guenther; Dr. Larry Neznanski; Dennis Luvaas; Jane Kinn Buser; And Barbara Olic-Hamilton

STIPULATION TO DISMISS - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ⎽15⎽ day of April, 2016, I electronically filed the foregoing STIPULATION TO DISMISS with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Chris Johnson                                                       cajphs@yahoo.com
Pro Se Plaintiff
1748 Millcreek Way
Salt Lake City, UT  84106


AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants (list names and addresses):

Chris Johnson                              ☒ U.S. Mail, Postage Prepaid
Pro Se Plaintiff                           ☐ Hand Delivered
1748 Millcreek Way                         ☐ Overnight Mail
Salt Lake City, UT  84106                  ☐ E-mail: cajphs@yahoo.com
                                           ☐ Telecopy


_____
Steven W. Berenter
D. John Ashby


STIPULATION TO DISMISS - 3