UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>BEEHIVE FEDERAL CREDIT UNION; ADVANTAGE PLUS FEDERAL CREDIT UNION; CAPITAL EDUCATORS FEDERAL CREDIT UNION; CONNECTIONS CREDIT UNION; CORNERSTONE CREDIT UNION; IDAHO STATE FEDERAL CREDIT UNION; LEWIS CLARK CREDIT UNION; IDAHO CREDIT UNION LEAGUE, INC.; LEAGUE SERVICES, INC.; SHANE BERGER; BRENT NEIBAUR; TODD ERICKSON; PATRICK VAUGHN; PAULA REEDY; ROBERT TAYLOR; VALERIE GUENTHER; DR. JANE CLARK; DR. LARRY NEZNANSKI; DENNIS LUVAAS; JANE KINN BUSER; AND BARBARA OLIC-HAMILTON,<br><br>            Defendants. | Case No. 4:15-cv-00238-BLW<br><br>**ORDER** |

**ORDER - 1**

The Court has before it the parties' Stipulation of Dismissal (Dkt. 23). There were twenty-one original defendants, twenty of which have signed off on the Stipulation, along with Plaintiff. Good cause appearing, the Court will grant the Stipulation and dismiss this case in its entirety with prejudice, as against all defendants with the exception of Dr. Jane Clark.

Dr. Jane Clark is the sole remaining Defendant in this case. However, it appears that Dr. Clark was never served. Thus, Plaintiff is directed to show cause why this case should not be dismissed as against Dr. Clark as well.

## ORDER

**IT IS ORDERED:**

1. The parties' Stipulation of Dismissal (Dkt. 23) is **GRANTED**, and this case is dismissed, with prejudice, as against all Defendants with the exception of Dr. Jane Clark.

2. Plaintiff is directed to show cause **within 14 days** of the date of this Order, why his case should not be dismissed as against Dr. Jane Clark. If Plaintiff does not do so, his case will be dismissed in its entirety with prejudice, and a separate judgment in accordance with Federal Rule of Civil Procedure 58 will issue.

DATED: **April 18, 2016**

_____
B. LYNN WINMILL
Chief U.S. District Court Judge