UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS JOHNSON,<br><br>                Plaintiff,<br><br>    v.<br><br>BEEHIVE FEDERAL CREDIT UNION; ADVANTAGE PLUS FEDERAL CREDIT UNION; CAPITAL EDUCATORS FEDERAL CREDIT UNION; CONNECTIONS CREDIT UNION; CORNERSTONE CREDIT UNION; IDAHO STATE FEDERAL CREDIT UNION; LEWIS CLARK CREDIT UNION; IDAHO CREDIT UNION LEAGUE, INC.; LEAGUE SERVICES, INC.; SHANE BERGER; BRENT NEIBAUR; TODD ERICKSON; PATRICK VAUGHN; PAULA REEDY; ROBERT TAYLOR; VALERIE GUENTHER; DR. JANE CLARK; DR. LARRY NEZNANSKI; DENNIS LUVAAS; JANE KINN BUSER; AND BARBARA OLIC-HAMILTON,<br><br>                Defendants. | Case No. 4:15-cv-00238-BLW<br><br>**ORDER** |

**ORDER - 1**

On April 18, 2016, the Court asked Plaintiff Chris Johnson to show cause as to why this case should not be dismissed as against the sole remaining Defendant, Dr. Jane Clark. Dkt. 24. Mr. Johnson has made no such showing and the time limit for him to do so has expired. Accordingly, the Court will dismiss the case in its entirety.

## ORDER

**IT IS ORDERED:**

1. This matter is DISMISSED in its entirety.

2. The Court will issue a separate judgment in accordance with Federal Rule of Civil Procedure 58.



DATED: May 4, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 2