UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRIS JOHNSON,<br><br>       Plaintiff,<br><br>   v.<br><br>BEEHIVE FEDERAL CREDIT UNION; ADVANTAGE PLUS FEDERAL CREDIT UNION; CAPITAL EDUCATORS FEDERAL CREDIT UNION; CONNECTIONS CREDIT UNION; CORNERSTONE CREDIT UNION; IDAHO STATE FEDERAL CREDIT UNION; LEWIS CLARK CREDIT UNION; IDAHO CREDIT UNION LEAGUE, INC.; LEAGUE SERVICES, INC.; SHANE BERGER; BRENT NEIBAUR; TODD ERICKSON; PATRICK VAUGHN; PAULA REEDY; ROBERT TAYLOR; VALERIE GUENTHER; DR. JANE CLARK; DR. LARRY NEZNANSKI; DENNIS LUVAAS; JANE KINN BUSER; AND BARBARA OLIC-HAMILTON,<br><br>       Defendants. | Case No. 4:15-cv-00238-BLW<br><br>**JUDGMENT** |

In accordance with the Order issued concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered and that this case be dismissed in its entirety, with prejudice.

**JUDGMENT - 1**



DATED: May 4, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court